**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1415**

DAISY M. FULFORD,

        Plaintiff - Appellant,

      v.

CHRISTOPHER C. MILLER, Acting Secretary, Department of Defense,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:19-cv-00456-TSE-JFA)

Submitted:  December 29, 2020                     Decided:  January 14, 2021

Before AGEE and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Amos N. Jones, AMOS JONES LAW FIRM, Washington, D.C., for Appellant.  G. Zachary Terwilliger, United States Attorney, Meghan Loftus, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daisy M. Fulford appeals the district court's order granting summary judgment to Defendant in her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulford v. Miller*, No. 1:19-cv-00456-TSE-JFA (E.D. Va. filed March 19 & entered March 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
